# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| | ) |
| Plaintiff, | ) Civil Action Case No. <u>1:13-cv-01099-JES-JAG</u> |
| | ) |
| v. | ) |
| | ) |
| JOHN DOE subscriber assigned IP address 98.215.42.162, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

## SECOND MOTION FOR LEAVE TO SERVE A THIRD PARTY <u>SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE</u>

Pursuant to Fed. R. Civ. P. 26(d)(1), and upon the attached: (1) Memorandum of Law in support of this motion; and (2) Declaration of Tobias Fieser in support of this amended motion, Malibu Media, LLC ("Plaintiff"), respectfully moves for entry of an order granting it leave to serve a third party subpoena prior to a Rule 26(f) conference (the "Motion"). Plaintiff is filing this second motion because the previous Doe Defendant's Internet Service Provider could not identify the Doe Defendant. Consequently, Plaintiff is contemporaneously filing herewith an Amended Complaint through which Plaintiff sues another Doe Defendant. Plaintiff hereby adopts and incorporates its first Motion for Leave. The legal analysis contained in the Court's Order (CM/ECF Dkt. #2) applies with equal force to this Motion. A proposed order is attached for the Court's convenience.

Dated:  May 9, 2013

        Respectfully submitted,

        SCHULZ LAW, P.C.

By:    /s/ *Mary K. Schulz*
        Mary K. Schulz, Esq.
        1144 E. State Street, Suite A260
        Geneva, Il 60134
        Tel:  (224) 535-9510
        Fax:  (224) 535-9501
        Email:  schulzlaw@me.com
        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

        By:    /s/ *Mary K. Schulz*